# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ERIC JOHNSON, | No. CV 09-1540-JSL (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JOHN C. MARSHALL, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: September 22, 2009

_/s/ Spencer Letts_
HONORABLE J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE